IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Ryan Ray Corman,<br><br>    Plaintiff,<br><br>-vs-<br><br>Shawn Lee, DCS, NDSH, Cathy Last Name Concealed, DCA3, NDSH, Dale Last Name Concealed, DCA3, NDSH, NDSH Clinical Team of May 16, 2014, Secure #2, Shannon Braaten, in her individual capacity, and Lorrie Reimer, in her individual capacity,<br><br>    Defendants. | Case No. 3:14-cv-55<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

  Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends that the court dismiss Corman's complaint without prejudice. Corman filed objections to the Report and Recommendation.[2]

  In essence, Corman contends that any falsification of a state document is a "sanctionable crime" and that he has a right to have his medical records corrected. The court has reviewed the entire record in this case. In order to pursue relief, Corman must have standing to bring such a claim. He does not have standing to seek an injunction or other equitable relief ordering the North Dakota State Hospital to eliminate or alter its records. Moreover, Corman is a private person that has no legal right to compel an

---

[1] Doc. #27.

[2] Doc. #28.

investigation of the defendants' actions. The court hereby adopts the Report and Recommendation in its entirety. Corman's complaint is dismissed without prejudice. The court finds that any appeal would be frivolous, could not be taken in good faith, and may not be taken *in forma pauperis*.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 17th day of November, 2015.

<u>*/s/ Ralph R. Erickson*</u>
Ralph R. Erickson, Chief Judge
United States District Court